No. 42390.—Protests 500030-G, etc., of Bloomingdale Bros, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of boxes, photo frames, bottles, jars, atomizers, bookends, and flacons plated with silver. The claim at 50 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), *Rice & Co.* v. *United States* (T. D. 49373) cited.

No. 42391.—Protests 485912-G, etc., of James McCreery & Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of cups, corks, letter openers, match stands, bottles, trays, calendars, pen holders, boxes, bookends, vase holders, and pencil sharpeners chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and Abstract 41633 cited.

No. 42392.—Protests 413056-G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel bottles, atomizers, photo frames, cocktail shakers, cups, shakers, jars, boxes, and tantalus set (liquor set) chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.

No. 42393.—Protests 372351-G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel, boxes, incense burners, cocktail sets, cakestands, tantalus set (liquor set), bottles, atomizers, jars, cocktail shakers, and atomizers and droppers plated with gold or silver were held dutiable as table or household utensils at 40 percent under paragraph 399. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and Abstract 39456 cited. Hollow flasks, canteens, and sandwich boxes were held dutiable as hollow ware at the same rate under the same paragraph. *Viking Trading Co.* v. *United States* (C. D. 132) cited.